IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PLUM PROPERTY MANAGEMENT, LLC,<br><br>Defendant. | CV 25-09-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter. Accordingly, I ask that this case be reassigned.

DATED this 17th day of January, 2025.

Kathleen L. DeSoto
United States Magistrate Judge